**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Phillip Darrell Richardson ) | Case Number:    11–21190–TLM |
| 3539 E. 2nd Ave Apt. #2 ) | |
| Post Falls, ID 83854 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx–xx–4364 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) ) | |
| Sharon Lee Richardson ) | |
| 3539 E. 2nd Ave Apt. #2 ) | |
| Post Falls, ID 83854 ) | |
| ) | |
| Social Security No.: xxx–xx–4008 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |
| _____ ) | |

**DEFICIENCY NOTICE OF ADDITIONAL MISSING DOCUMENTS / INCORRECT FORM USED**

To the Debtor(s) and Debtor's attorney, if any;

In order for this case to be administered, it is necessary that the ADDITIONAL item(s) described below be filed within fourteen (14) days from the date of this notice.

Statement of Domestic Support due 9/28/2011.

Official and Procedural forms can be found on the Court's web site at www.id.uscourts.gov/forms−bk.htm .

Dated: 9/14/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Idaho

In re:                                                                  Case No. 11-21190-TLM
Phillip Darrell Richardson                                              Chapter 7
Sharon Lee Richardson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0976-2         User: npersinge         Page 1 of 1         Date Rcvd: Sep 14, 2011
                             Form ID: defntc2        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2011.
db/jdb       +Phillip Darrell Richardson,   Sharon Lee Richardson,   3539 E. 2nd Ave Apt. #2,
               Post Falls, ID 83854-6339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2011**                          **Signature:** _Joseph Speetjens_